In the Matter of the Claim of CHET MESTLER, Respondent, against AMERICAN SALES BOOK COMPANY, Appellant.

STATE INDUSTRIAL BOARD, Respondent.

(Argued September 30, 1936; decided October 20, 1936.)

*Horace C. Winch* for appellant.

*John J. Bennett, Jr., Attorney-General (Leon Freedman* of counsel), for State Industrial Board, respondent.

Order affirmed, with costs; no opinion.

Concur: CRANE, Ch. J., LEHMAN, O'BRIEN, HUBBS, CROUCH, LOUGHRAN and FINCH, JJ.